EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Irvin E. Prado Galarza | 2016 TSPR 214

196 DPR ____ |

Número del Caso: TS-8917

Fecha: 14 de octubre de 2016

Abogado del Peticionario:

        Lcdo. Osvaldo Toledo Martínez

Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez
        Director

Oficina de Inspección de Notarías:

        Lcdo. Manuel Ávila de Jesús
        Director

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Irvin E. Prado Galarza | TS-8917 |
|---|---|

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de octubre de 2016.

Examinada la "Moción Solicitando Reinstalación al Ejercicio de la Abogacía y la Notaría" presentada por el Sr. Irvin E. Prado Galarza, así como la "Moción Informativa en Cumplimiento de Resolución" presentada por el Programa de Educación Jurídica Continua y el "Informe Final sobre el Estado de Obra Incautada" presentado por la Oficina de Inspección de Notarias, este Tribunal autoriza la reinstalación del señor Prado Galarza al ejercicio de la abogacía y de la notaría.

No obstante, advertimos que del expediente del caso no surge que el señor Prado Galarza acreditara dentro del término correspondiente el cumplimiento con su deber de notificar a todos sus clientes sobre su pasada inhabilidad para continuar representándolos, de devolver cualquier honorario recibido por trabajo no realizado y de informar inmediatamente a los foros judiciales y administrativos. Por lo tanto, se le apercibe al señor Prado Galarza que en lo sucesivo deberá cumplir fiel e íntegramente todas las órdenes emitidas por este Tribunal o se expondrá nuevamente a sanciones éticas.

Notifíquese inmediatamente por teléfono, por correo electrónico y por la vía ordinaria.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo